UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MISSY STODDARD | : |
| v. | : |
| CITY OF HARTFORD, JARETT HUNTER | : |
| ADAM DEMAINE, CHRISTOPHER HUNYADI | |
| ANTHONY GAUADINO and CLIDE PATINO | : OCTOBER 4, 2023 |

## <u>NOTICE OF REMOVAL</u>

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, the defendants, Jarrett Hunter, Adam Demaine, Christopher Hunyadi, Anthony Gauadino, and Clide Patino, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Hartford at Hartford for the following reasons:

1.  The plaintiff has commenced the instant action against the defendants, City of Hartford, Jarrett Hunter, Adam Demaine, Christopher Hunyadi, Anthony Gauadino, and Clide Patino, by service of a Summons and Complaint dated September 5, 2023.  The plaintiff served a copy of the Summons and Complaint upon the defendants, City of Hartford, Jarrett Hunter, Adam Demaine, Christopher Hunyadi, Anthony Gauadino, and Clide Patino, on September 5, 2023.

2.    The action is returnable in the Superior Court for the Judicial District of Hartford at Hartford on October 17, 2023.

3.    The above-described action is a civil action and is one which may be removed to the Court by the defendants pursuant to the provisions of Title 28, United States Code §§ 1441, 1331, and 1343(a)(3), in that the Complaint involves federal questions, is brought pursuant to 42 U.S.C. § 1981, 1983, and 1988, and Articles First §§ 7, 9, and 10 of the Constitution of the State of Connecticut, and the controversy arises under the said statutes and constitutional provisions.

4.    The above-described action is a civil action and is one which may be removed to the Court by the defendants pursuant to the provisions of Title 28, United States Code §§ 1441, 1331 and 1343(3).

5.    The above-described action is a civil action and is one which may be removed to the Court by petitioners, defendants therein, pursuant to the provisions of Title 28, United States Code §1331, as the Complaint asserts a federal question and the deprivation of constitutionally protected civil rights.

6.    The plaintiff is a citizen residing in the State of Connecticut.  The defendants, Jarrett Hunter, Adam Demaine, Christopher Hunyadi, Anthony Gauadino, and Clide Patino are citizens residing in the State of

2

Connecticut.  The defendant, City of Hartford, is a municipality within the State of Connecticut.

7.    Specifically, the Complaint appears to allege that the defendants violated the plaintiff's rights under the federal and state constitutions and deprived her of her civil rights.

8.    The defendants deny the plaintiff's material allegations.

9.    Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331, 1343(a)(3) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.  The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441, 1443, and 1446.

10.    Attached hereto, in compliance with 28 U.S.C § 1446(a), are complete and accurate copies of the process and pleadings received by the defendants, City of Hartford, Jarrett Hunter, Adam Demaine, Christopher Hunyadi, Anthony Gauadino, and Clide Patino.

WHEREFORE, the defendants, Jarrett Hunter, Adam Demaine, Christopher Hunyadi, Anthony Gauadino, and Clide Patino, pray that the above pending action in the Connecticut Superior Court or the Judicial District of Hartford at Hartford be removed therefrom to this Court.

3

DEFENDANTS,
JARRETT HUNTER, ADAM DEMAINE
CHRISTOPHER HUNYADI,
ANTHONY GAUADINO and
CLIDE PATINO


By  _/s/ Thomas R. Gerarde_____
    Thomas R. Gerarde
    ct05640
    Howd & Ludorf, LLC
    100 Great Meadow Road
    Suite 201
    Wethersfield, CT 06109
    (860) 249-1361
    (860) 249-7665 (Fax)
    Juris No.:  28228

## <u>CERTIFICATION</u>

This is to certify that on October 4, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


William B. Wynne, Esquire
Adler Law Group
111 Founders Plaza, Suite 1102
East Hartford, CT 06108
**wwynne@adlerlawgroupllc.com**

4

Attorney Nathalie Feola-Guerrieri
Office of Corporation Counsel
550 Main Street
Hartford, CT 06103
**feoln001@hartford.gov**

                                         _/s/ Thomas R. Gerarde_____
                                         Thomas R. Gerarde